John Desmond v. New York City Railway Company.— Motion to dismiss appeal granted, with ten dollars costs.

Robert Doran v. Interurban Street Railway Company.— Motion to dismiss appeal granted, with ten dollars costs

Bessie Levine v. Interurban Street Railway Company, Sued, etc.— Motion to dismiss appeal granted, with ten dollars costs.

Giulia Morini, as Administratrix, etc., v. Interurban Street Railway Company. — Motion to dismiss appeal granted, with ten dollars costs.

Joseph Unterberger, as Administrator, v. New York City Railway Company — Motion to dismiss appeal granted, with ten dollars costs.

The Technical Press v. Sime J. Silverman. (No. 1.)— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order.

The Technical Press v. Sime J. Silverman. (No. 2.) — Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order.

George D. Beattys, as Trustee, v. Wallace Straiton and Others, Impleaded.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order.

George D. Beattys, as Trustee, v. Martin V. Cook and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants comply with terms stated in order.

Central Brewing Company of New York v. Pennsylvania Railroad Company. — Application denied, with ten dollars costs. Order signed.

Roy A. Goldstein v. Pennsylvania Railroad Company.— Application denied, with ten dollars costs. Order signed.

Samuel E. Jacobs v. Pietro Roncoroni.— Application denied, with ten dollars costs. Order signed.

Samuel Rubinstein. v. Empire State Surety Company.— Application granted. Order signed.

John A. Schurer and Others v. Harry N. Kohn and Others. (No. 1.) — Application denied, with ten dollars costs. Order signed.

John A. Schurer and Others v. Harry N. Kohn and Others. (No. 2.) — Motion denied, with ten dollars costs.

Carl F. Ackerman v. Evans R. Dick and Others. (No. 1.) — Application granted. Order signed.

Carl F. Ackerman v. Evans R. Dick and Others. (No. 2.) — Motion granted.

Frank J. Liston v. New York Transportation Company.— Application denied, with ten dollars costs. Order signed.

Frederick W. Evers v. Metropolitan Printing Company.— Application denied, with ten dollars costs. Order signed.

Samuel J. Bloomingdale and Others v. Darton L. Babcock.— Application denied, with ten dollars costs. Order signed.

Peter Brennan v. Adrian H. Joline and Douglas Robinson, as Receivers, etc.— Application denied, with ten dollars costs. Order signed.